**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**GRAHAM ARCHER**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507
Email:  Graham_Archer@fd.org

October 22, 2019

*DELIVERED VIA CM/ECF*

The Honorable Donna M. Ryu
United States Magistrate Judge
Oakland Courthouse 2nd  Floor
1301 Clay Street
Oakland, CA 94612

**RE:  USA v. Jarvis Toussaint, CR 12-407 CW & CR 19-520 JSW**

Your Honor:

I write to request this matter be calendared for an attorney appointment/identification of counsel hearing tomorrow, October 23, 2019.  The Federal Public Defender's Office recently became aware of a conflict of interest in representing Mr. Toussaint, and new, conflict free counsel needs to take over representation in both dockets 12-cr-00407 and 19-cr-00520.  Substitute CJA counsel Phil Vaughns will be appearing to accept appointment.  I thus respectfully request this Court schedule an attorney appointment/identification of counsel hearing tomorrow October 23, 2019 at 10:30 a.m.

Sincerely,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S

GRAHAM ARCHER
Assistant Federal Public Defender