IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARVIS TOUSSAINT,<br><br>Defendant. | CASE NO.: 4:19-CR-00520-1 JSW<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO MAY 19, 2026 |

**[PROPOSED] ORDER**

Based upon the information and the agreement of the parties in the above stipulation, the above-captioned matter currently set for status conference hearing on May 5, 2026, at 1:00 p.m., is continued to May 19, 2026, at 1:00 p.m.

IT IS SO ORDERED.

DATED:  __April 29, 2026__

_____
THE HON. JEFFREY S. WHITE
Senior United States District Judge

JSR, STIP TO CONTINUE & [PROPOSED] ORDER
Case No. 4:19-CR-520-1 JSW